WESTFELDT et al. v. NORTH CAROLINA MINING CO. (Circuit Court of Appeals, Fourth Circuit. June 12, 1909.) No. 745. Appeal from the Circuit Court of the United States for the Western District of North Carolina, at Asheville. Decree of Circuit Court reversed, with costs, 166 Fed. 706, 92 C. C. A. 378. See, also, 177 Fed. 132, 100 C. C. A. 552. F. A. Sondley, Julius C. Martin, Alf. S. Barnard, and D. Ralph Millard, for appellants. James H. Merrimon, Charles A. Moore, J. J. Hooker, and Hannis Taylor, for appellee.

PER CURIAM. Order allowing appeal to the Supreme Court filed.

---

WINGERT v. FIRST NAT. BANK OF HAGERSTOWN, MD., et al. (Circuit Court of Appeals, Fourth Circuit. December 17, 1909.) No. 937. Appeal from the Circuit Court of the United States for the District of Maryland, at Baltimore. Decree of Circuit Court affirmed, with costs, 175 Fed. 739, 99 C. C. A. 315. H. F. Wingert and Miller Wingert, for appellant. Charles A. Little and George R. Gaither, for appellees.

PER CURIAM. Order allowing appeal to the Supreme Court of the United States filed.

---

WRIGHT et al. v. ST. LOUIS & S. W. RY. CO. (Circuit Court of Appeals, Eighth Circuit. June 6, 1910.) No. 3,389. Appeal from the Circuit Court of the United States for the Western District of Arkansas. See, also, 175 Fed. 845. Henry Moore, Jr., for appellants.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.